**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 25-42869 |
| Robert Duane Wagner, | Chapter 13 |
| Debtor. | |

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

This case came before the court for hearing on the Debtor's "Application to Proceed In Forma Pauperis on Appeal". [Doc 45]. Appearances are noted on the record.

Based on the record, and as set forth on the oral record during the hearing,

**IT IS ORDERED:**

The Application is granted and Debtor shall be allowed to proceed *In Forma Pauperis* in this court with respect to his appeal.

Dated: *December 12, 2025*

*s/ Katherine A. Constantine*
United States Bankruptcy Judge